1 | REICH & BINSTOCK, LLP
2 | 4265 SAN FELIPE, SUITE 1000
  | HOUSTON, TX 77027
3 | Dennis J. Reich, TX Bar No. 16739600
  | Robert J. Binstock, TX Bar No. 02328350
4 | Debbie L. Ziegler, TX Bar No. 12219200
  | Telephone: (713) 622-7271
5 | Facsimile: (713) 623-8724

Attorneys for Plaintiffs, EDNA GRACE and GEORGE GRACE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-06-3479 CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer |
| EDNA GRACE, individually, and GEORGE GRACE, spouse,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Edna Grace and George Grace, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DISMISSAL

| | |
|---|---|
| 1 | DATED: August 31, 2009 |
| 2 | REICH & BINSTOCK, LLP |

By: *(signature)*

Dennis J. Reich, TX Bar No. 16739600
Robert J. Binstock, TX Bar No. 02328350
Debbie L. Ziegler, TX Bar No. 12219200
4265 San Felipe Blvd, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

Attorneys for Plaintiff

DATED: Oct. 22, 2009    DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009    *(signature)*
Hon. Charles R. Breyer
United States District Court

DISMISSAL